UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHN D. MILLER,

Plaintiff,

v.  608CV005

BULLOCH COUNTY, et al;,

Defendants.

## O R D E R

The Court has reviewed the record of this case and the Magistrate Judge's Report and Recommendation (R&R) in detail. The plaintiff did not file any objections to the R&R.

No one doubts or disputes the fact that the plaintiff, John Miller, suffered excruciating injuries that required serious medical attention. Nonetheless, he has not met the requirements to succeed on his claim, as he has failed to demonstrate that the county had a policy or custom that caused his injury. Miller has only pointed to events from within his own case, and has not, for instance, pointed to any other occasions where the county handled an inmate's medical needs in a similar manner, resulting in exacerbation of the inmate's medical condition.

Accordingly, the Court concurs with the R&R and it is therefore adopted as the opinion of the Court.

This day of 27 July 2009.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA